**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Garry Core                                   CHAPTER 13

<u>Debtor(s)</u>                                    BKY. NO. 19-18028 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                         Respectfully submitted,
                         **/s/ Rebecca A. Solarz Esquire**
                         Rebecca A Solarz, Esquire
                         Kevin G. McDonald, Esquire
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322