# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Garry Core | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 19-18028 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                                                                 Respectfully submitted,
                                                                 **/s/ Rebecca A. Solarz Esquire**
                                                                 Rebecca A Solarz, Esquire
                                                                  Kevin G. McDonald, Esquire
                                                                  KML Law Group, P.C.
                                                                   701 Market Street, Suite 5000
                                                                   Philadelphia, PA 19106-1532
                                                                   (215) 627-1322