# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Chapter 13

    GARRY CORE                    Bankruptcy No. 19-18028-AMC

    907 MACDADE BOULEVARD

    YEADON, PA 19050-


    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GARRY CORE

    907 MACDADE BOULEVARD

    YEADON, PA 19050-

**Counsel for debtor(s), by electronic notice only.**
    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET STE 701
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 4/17/2020                                                                             /s/ William C. Miller

                                                                                                                     William C. Miller, Esquire
                                                                                                                     Chapter 13 Standing Trustee