## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Garry Core | |
|                       Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns | |
|                       Movant | |
|      vs. | |
| Garry Core | NO. 19-18028 AMC |
|                       Debtor(s) | |
| William C. Miller Esq. | |
|                     Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of MIDFIRST BANK, which was filed with the

Court on or about **May 14, 2020** under document number 38.

                      Respectfully submitted,

                      **/s/ Rebecca A. Solarz, Esquire**
                      Rebecca A. Solarz, Esquire
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      412-430-3594

June 19, 2020