**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | Bktcy. 19-18028-AMC |
| | ) | |
| GARRY CORE, | ) | Chapter 13 |
| | ) | |
| DEBTOR. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARRY CORE, | ) | |
| | ) | Doc. # ___ |
| Movant, | ) | |
| | ) | Related Doc. # 58 |
| v. | ) | |
| | ) | Hearing Date: 6/15/21 |
| CITIZENS BANK OF PENNSYLVANIA, | ) | |
| | ) | Hearing Time: 11:00 AM |
| | ) | |
| Respondent(s). | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF COURT

AND NOW, to wit this ____ day of _____, 202____, the Court having considered the Joint Motion for Continuance of Hearing, it is hereby ORDERED that the Motion is GRANTED. The hearing on the Debtor's Motion to Partially Avoid Judicial Lien of Citizens Bank on Residential Real Estate Pursuant to 11 U.S.C. § 522 presently scheduled for June 15, 2021, at 11:00 AM is continued until the following date and time: August 3, 2021 at 11:00 a.m.. Parties are to Dial:877-873-8017 Access Code: 3027681#.

BY THE COURT:

*[signature]*

**Date: June 14, 2021**

**ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE**