**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

*********************************************************************

| | | |
|---|---|---|
| IN RE: | ) | Bktcy. 19-18028-AMC |
| | ) | |
| GARRY CORE, | ) | Chapter 13 |
| | ) | |
| DEBTOR. | ) | |

*********************************************************************

## ORDER OF COURT

AND NOW, to wit this _____ day of _____, 20____, the Court having considered the Motion of Roger P. Poorman, Esquire ("Movant"), to Appear *Pro Hac Vice* Pursuant to L.B.R. 2090-1(b) (the "Motion"), it is hereby ORDERED that said Motion is granted. Movant is granted admission *pro hac vice* to represent Citizens Bank, N.A., successor by merger to Citizens Bank of Pennsylvania, in the above-captioned case.

**BY THE COURT:**

**Date: July 6, 2021**

_____
**ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE**