**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Garry Core | : | |
| Debtor | : | Bky. No. 19-18028-amc |

**CERTIFICATION OF NO RESPONSE TO JOINT MOTION**
**TO APPROVE COMPROMISE UNDER RULE 9019**

Brandon Perloff, Esq, Counsel for Debtor and Roger Poorman, Counsel for Creditor Citizens Bank, N.A, do hereby certify that the MOTION TO APPROVE COMPROMISE UNDER RULE 9019 and NOTICE thereof was served on all interested parties on 8/6/2021, and above counsel have not received any Objections or Responses to said Motion.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Respectfully submitted,

Date: August 24, 2021

METZ LEWIS BRODMAN MUST O'KEEFE LLC

By:/s/ Roger P. Poorman
Roger P. Poorman, Esquire
Pa. ID. # 206562
535 Smithfield Street
Suite 800
Pittsburgh, PA  15222
(412) 918-1100 (telephone)
(412) 918-1199 (facsimile)
rpoorman@metzlewis.com
(Counsel for Citizens Bank, N.A.)

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
1333 Race Street
Philadelphia, PA 19107
215-395-8921(telephone)
267-405-9009 (facsimile)
bperloff@perlofflaw.com
(Attorney for the Debtor)