**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **Garry Core** | : | |
| **Debtor** | : | **Bky. No. 19-18028-amc** |

**CERTIFICATION OF NO RESPONSE**
**TO SUPPLEMENTAL APPLICATION FOR COMPENSATION**

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that after

the APPLICATION FOR COMPENSATION as well as the NOTICE thereof was served on all

interested parties on 8/30/2021; neither an objection to the proposed compensation nor an

application for any other administrative expenses has been filed.

WHEREFORE, the Application is uncontested and the undersigned requests this

Honorable Court to enter the proposed Order submitted with the Application, a copy of which was

attached thereto.

Respectfully submitted,

Date: September 14, 2021

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
1333 Race Street
Philadelphia, PA 19107
bperloff@perlofflaw.com
215-395-8921

Applicant/Attorney for the Debtor