## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Garry Core | : | |
| Debtor | : | Bky. No. 19-18028-amc |

### CERTIFICATION OF NO RESPONSE
### TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof were served on all interested parties on 8/30/2021, and I have not received any Objections or Responses to said Motion or corresponding Plan.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

Date: September 24, 2021

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
1333 Race Street
Philadelphia, PA 19107
bperloff@perlofflaw.com
215-287-4231