# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Garry Core                          :    Chapter 13
        Debtor(s)                :    Bankruptcy No.19-18028-amc
                                            :

## ORDER

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Amended Plan filed with said Motion complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the plan is **CONFIRMED**.

Date:

**Date: September 28, 2021**

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge