**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-18028-AMC |
| | ) | |
| GARRY CORE, | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ROGER P. POORMAN, | ) | |
| | ) | |
| Movant | ) | Doc. # ____ |
| | ) | |
| v. | ) | Related Doc. No. ____ |
| | ) | |
| NO RESPONDENT, | ) | Hearing Date & Time: |
| | ) | |
| Respondent. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF COURT

AND NOW, this ____ day of _____, 20____, the Court having considered the within Motion, it is hereby ORDERED that the appearance of Roger P. Poorman, counsel of record for the creditor and/or party in interest identified in the Motion in the above-captioned case is withdrawn, and the Clerk is directed to terminate the corresponding CM/ECF attorney record in this case.

BY THE COURT:

_____

**Date: April 1, 2022**