Certificate Number: 12433-PAE-DE-038977490

Bankruptcy Case Number: 19-18028



12433-PAE-DE-038977490

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2024, at 9:13 o'clock AM EDT, Garry Core completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 18, 2024                By:  /s/Lisa Susoev

                                        Name:  Lisa Susoev

                                        Title:  Teacher