United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-18028-amc
Garry Core  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 15, 2025      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Garry Core, 907 Macdade Boulevard, Yeadon, PA 19050-3721 |
| 14684443 | + | Citizens Bank, N.A., c/o John R. O'Keefe, Jr., Esq., 535 Smithfield Street, Suite 800, Pittsburgh PA 15222-2305 |
| 14481423 | + | Nissan Motor Acceptance Corporation, c/o Rebecca Ann Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14445673 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esquire, 910 Harvest Drive, P.O. Box 3037, Blue Bell, PA 19422-0765 |
| 14445677 | + | Wells Fargo Bank, N.A., P.O. Box 51174, Los Angeles, CA 90051-5474 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14445662 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 16 2025 00:16:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14458244 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 16 2025 00:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14445674 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 16 2025 00:16:00 | RBS Citizens Cc, 1 Citizens Dr., MS: ROP 15B, Riverside, RI 02915 |
| 14479802 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 16 2025 00:16:00 | Citizens Bank, c/o Charles M. Koutsogiane,, AVP Citizens Bank, One Citizens Bank Way, MAD, JCA 130, Johnston RI 02919 |
| 14445663 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:35:22 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14445665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:34:38 | Citimortgage, Attn: Centralized Bankruptcy, PO Box 9438, Gettsburg, MD 20898-9438 |
| 14445666 | | Email/Text: mrdiscen@discover.com | Jan 16 2025 00:16:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14445667 | | Email/Text: rj@ffcc.com | Jan 16 2025 00:16:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14445668 | | Email/Text: EBNBKNOT@ford.com | Jan 16 2025 00:17:00 | Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962 |
| 14465827 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2025 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14445664 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 16 2025 00:22:18 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14467252 | ^ | MEBN | | |
| | | | Jan 16 2025 00:12:20 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14480327 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:36:09 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14445669 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:36:52 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14445671 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jan 16 2025 00:35:41 | NTB/CBSD, Citi Corp Credit Services Centralized Ba, PO Box 20507, Kansas City, MO 64195-0507 |
| 14445670 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Jan 16 2025 00:16:00 | Nissan Motor Acceptance, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14458956 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Jan 16 2025 00:16:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14445672 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jan 16 2025 00:16:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14445675 | + | Email/Text: jaxbanko@td.com | | |
| | | | Jan 16 2025 00:16:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hilss, MI 48333-9223 |
| 14445676 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:36:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14445678 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:22:12 | Wf/home Pr, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14473545 | *+ | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

on behalf of Debtor Garry Core bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

DENISE ELIZABETH CARLON
on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Trustee WILLIAM C. MILLER Esq. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JOHN RICHARD O'KEEFE
on behalf of Creditor Citizens Bank N.A. jokeefe@metzlewis.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 8

*Form 138OBJ* (6/24)–doc 122 – 121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Garry Core ) Case No. 19−18028−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2025      For The Court

    Timothy B. McGrath
    Clerk of Court