| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Garry Core |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    19-18028 AMC |

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MIDFIRST BANK

**Court claim no**. (if known): 8-3

**Last 4 digits** of any number you use to identify the debtor's account: 0811

**Date of payment change:**
Must be at least 21 days after date of this notice    04/01/2022

**New total payment:**    $872.63
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%    New interest rate:  _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Loan modification effective 04/01/2022. New principal and interest is $325.78 and escrow $546.85.

   Current mortgage payment: $1163.98    New mortgage payment: $872.63

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor(s) | <u>Garry</u> | <u>  </u> | <u>Core</u> | Case number *(if known)* <u>19-18028 AMC</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Mark A. Cronin*                                                                            Date   05/10/2023
Signature
**Print:** Mark Cronin
10 May 2023, 11:57:51, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
          Number    Street
          Philadelphia,                            PA    19106
          City                                   State   ZIP Code

Contact phone  (215) 627–1322                Email  bkgroup@kmllawgroup.com

---

Official Form 410S1                  **Notice of Mortgage Payment Change**                             page 2

Document ID: 2dd903fc3f087c12f692cc3d1ab055b241f926bb4fecf2d581120fcb9f3138d6