# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Garry Core**<br>　　　　　　　　　**Debtor(s)** | **BK NO. 19-18028 AMC** |
| **MIDFIRST BANK**<br>　　　　　　　　　**Movant**<br>　　vs.<br>**Garry Core**<br>　　　　　　　　　**Debtor(s)**<br>**Kenneth E. West**,<br>　　　　　　　　　**Trustee** | **Chapter 13**<br><br>**Related to Claim No. 8-3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 17, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Garry Core
907 Macdade Boulevard
Yeadon, PA 19050

Attorney for Debtor(s) (via ECF)
Brandon J. Perloff
Brandon Perloff PC
1830 Lombard Street
Philadelphia, PA 19146

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: May 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Cronin*
　　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 58240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com